IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NNENNA LEWIS,                                   3:11-CV-01546-PK

        Plaintiff,                          ORDER

v.

ASSET ACCEPTANCE, LLC, and
HARRINGTON, ANDERSON &
DEBLASIO, LLC

        Defendants.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#16) on April 6, 2012, in which he recommends this Court deny as moot Defendants' Motion (#6) to Dismiss, deny Defendants' alternative Motion (#6) to Strike, and deny Defendants' constructive Motion (#11) to Dismiss.  The matter is

1 - ORDER

now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#16). Accordingly, the Court **DENIES as moot** Defendants' Motion (#6) to Dismiss, **DENIES** Defendants' alternative Motion (#6) to Strike, and **DENIES** Defendants' constructive Motion (#11) to Dismiss.

IT IS SO ORDERED.

DATED this 17th day of May, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER